SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES P. DIWIK (Bar No. 164016)
JOEL M. LONG (Bar No. 226061)
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Plaintiffs
American Manufacturers Mutual Insurance Company
and American Motorists Insurance Company

CASSINAT LAW CORPORATION
JOHN E. CASSINAT (Bar No. 131214)
RONALD L. CARELLO (Bar No. 179238)
4815 Laguna Park Drive, Suite C
Elk Grove, California 95758
Telephone:  (916) 393-3030
Facsimile:  (916) 393-4238

Attorneys for Defendants
Carothers Construction, Inc., David L. Carothers
and Terri L. Carothers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAROTHERS CONSTRUCTION, INC., et al., <br><br> Defendants. | CASE NO. 2:05-CV-00122-MCE-GGH <br><br> **STIPULATION AND ORDER FOR LIMITED EXTENSION OF FACT DISCOVERY DEADLINE** <br><br> Trial Date:   September 27, 2006 |

Pursuant to Local Rule 83-143, in accordance with this Court's *Pretrial (Status) Scheduling Order* dated September 20, 2005 (the "Scheduling Order"), and for good cause shown below, Plaintiffs American Manufacturers Mutual Insurance Company and American Motorists Insurance Company and Defendants Carothers Construction, Inc., David L. Carothers and Terri L. Carothers respectfully request and stipulate to a 60-day extension of the current fact

-1-

discovery deadline, from December 27, 2005, to February 24, 2006, for the <u>limited</u> purpose of permitting the parties to complete all matters related to the written discovery exchanged between the parties and the depositions noticed by the parties to date (the "Pending Discovery"), including coordinating the production and review of significant volumes of documents, conducting the depositions of each of the parties, and resolving any disputes regarding the Pending Discovery.[1] This Stipulation does <u>not</u> seek an extension of the fact discovery deadline for purposes of conducting additional discovery.

In support of this Stipulation, the parties state as follows:

1. The parties and counsel are working together cooperatively and diligently to complete the Pending Discovery and simultaneously engaging in substantive settlement discussions. In particular, the parties are in the process of exchanging and analyzing voluminous documents, which review and analysis must be substantially completed before meaningful depositions can be taken.

2. In the interests of efficient and economical completion of the Pending Discovery, the parties have requested and agreed to the limited extension of time described above in order to: (a) complete document productions, (b) thereafter conduct noticed depositions, and (c) resolve any discovery disputes.

4. Counsel for the parties have met and conferred in connection with the preparation of this Stipulation and agree that the limited extension of the fact discovery deadline requested herein is in the interests of justice, in the best interests of the parties, and will increase the likelihood of settlement before trial.

5. This is the first extension of time the parties have requested, and the requested extension will not otherwise affect the deadlines set forth in the Scheduling Order, including the September 27, 2006 trial date.

---

[1] The pending discovery between the parties includes: (1) Plaintiffs' first requests for production of documents and first sets of interrogatories to each Defendant, (2) Defendants' responses thereto, (3) Defendants' depositions, (4) Defendants' first requests for production of documents and first sets of interrogatories to each Plaintiff, and (5) Plaintiffs' depositions. Plaintiffs' responses to Defendants' aforementioned written discovery are not due until December 27, 2005.

6.      Counsel for the parties will continue to work together to ensure that complete document productions and depositions occur as quickly and efficiently as possible, and to resolve disputed discovery issues.

Based on the foregoing Stipulation, the parties respectfully request that the Court grant the limited extension of the fact discovery deadline described above.

DATED: December 8, 2005    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Joel M. Long
Joel M. Long
Attorneys for Plaintiffs
American Manufacturers Mutual Insurance Company and
American Motorists Insurance Company

DATED: December 8, 2005    CASSINAT LAW CORPORATION

By: s/Ronald L. Carello
Ronald L. Carello
Attorneys for Defendants
Carothers Construction, David L. Carothers and Terri L. Carothers

SIGNATURE ATTESTATION: I, Joel M. Long, counsel for Plaintiffs, attest that concurrence in the filing of this document has been obtained by Ronald L. Carello, Esq., counsel for Defendants as set forth above.

By: s/Joel M. Long
Joel M. Long
Attorneys for Plaintiffs
American Manufacturers Mutual Insurance Company and
American Motorists Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: December 14, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE