SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES P. DIWIK (Bar No. 164016)
JOEL M. LONG (Bar No. 226061)
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Plaintiffs
American Manufacturers Mutual Insurance Company
and American Motorists Insurance Company

CASSINAT LAW CORPORATION
JOHN E. CASSINAT (Bar No. 131214)
RONALD L. CARELLO (Bar No. 179238)
4815 Laguna Park Drive, Suite C
Elk Grove, California 95758
Telephone:  (916) 393-3030
Facsimile:  (916) 393-4238

Attorneys for Defendants
Carothers Construction, Inc., David L. Carothers
and Terri L. Carothers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAROTHERS CONSTRUCTION, INC., et al., <br><br> Defendants. | CASE NO. 2:05-CV-00122-MCE-GGH <br><br> **STIPULATION AND ORDER STAYING ACTION FOR 75 DAYS PENDING FINALIZATION OF SETTLEMENT** |

Pursuant to Local Rule 83-143, and for good cause shown below, plaintiffs American Manufacturers Mutual Insurance Company and American Motorists Insurance Company and defendants Carothers Construction, Inc. ("Carothers Construction"), David L. Carothers and Terri L. Carothers respectfully request and stipulate to a 75-day stay of this action pending finalization of a settlement in principle between the parties.

1  In support of this Stipulation, the parties state as follows:

2  1. The parties have reached an agreement in principle to settle this action. The settlement, however, is contingent upon the parties satisfying several conditions within the next approximately 75 days, including, among other things, resolving certain claims under the surety bonds issued by plaintiffs on behalf of defendant Carothers Construction and securing the release to plaintiffs of bonded contract funds from public works construction projects on which Carothers Construction was the general contractor.

2. So that the parties may focus their time and effort on attempting to satisfy the settlement conditions described above while preserving the structure of the current pretrial schedule (i.e., the time periods between the various pretrial deadlines and the trial date) under the Court's September 20, 2005 *Pretrial (Status) Scheduling Order* ("Scheduling Order") (as modified by the *Stipulation and Order for limited Extension of Fact Discovery Deadline* entered by the Court on December 15, 2005) in the event that the settlement conditions are not satisfied, the parties have agreed to stay this action for a period of 75 days.

3. If the settlement conditions are not satisfied within the next 75 days, or by no later than April 3, 2006, then the parties will so advise the Court and submit to the Court a proposed revised Scheduling Order advancing the pretrial and trial dates contained within the current Scheduling Order by the number of days that the action is stayed.

4. Counsel for the parties have met and conferred in connection with the preparation of this Stipulation and agree that the stay requested herein is in the interests of justice, in the best interests of the parties, and will increase the likelihood of settlement before trial.

Based on the foregoing Stipulation, the parties respectfully request that the Court stay this action for 75 days from the date of filing this Stipulation as described above.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: January 18, 2006 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |

By: s/Joel M. Long
    Joel M. Long
    Attorneys for Plaintiffs
    American Manufacturers Mutual Insurance Company and
    American Motorists Insurance Company

DATED: January 18, 2006   CASSINAT LAW CORPORATION

By: s/Ronald L. Carello
    Ronald L. Carello
    Attorneys for Defendants
    Carothers Construction, David L. Carothers and Terri L. Carothers

SIGNATURE ATTESTATION: I, Joel M. Long, counsel for plaintiffs, attest that concurrence in the filing of this document has been obtained by Ronald L. Carello, Esq., counsel for defendants as set forth above.

By: s/Joel M. Long
    Joel M. Long
    Attorneys for Plaintiffs
    American Manufacturers Mutual Insurance Company and
American Motorists Insurance Company

**IT IS SO ORDERED:**

Dated: January 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE