1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES P. DIWIK (Bar No. 164016)
2  JOEL M. LONG (Bar No. 226061)
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone:  (415) 781-7900
4  Facsimile:  (415) 781-2635

5  Attorneys for Plaintiffs
   American Manufacturers Mutual Insurance Company
6  and American Motorists Insurance Company

7  CASSINAT LAW CORPORATION
   JOHN E. CASSINAT (Bar No. 131214)
8  RONALD L. CARELLO (Bar No. 179238)
   4815 Laguna Park Drive, Suite C
9  Elk Grove, California 95758
   Telephone:  (916) 393-3030
10 Facsimile:  (916) 393-4238

11 Attorneys for Defendants
   Carothers Construction, Inc., David L. Carothers
12 and Terri L. Carothers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, et al., | CASE NO. 2:05-CV-0122-MCE-GGH |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER STAYING ACTION FOR AN <u>ADDITIONAL</u> 75 DAYS PENDING FINALIZATION OF SETTLEMENT** |
| CAROTHERS CONSTRUCTION, INC., et al., | |
| Defendants. | |

24      Pursuant to Local Rule 83-143, and for good cause shown below, plaintiffs American

25 Manufacturers Mutual Insurance Company and American Motorists Insurance Company and

26 defendants Carothers Construction, Inc. ("Carothers Construction"), David L. Carothers and

27 Terri L. Carothers respectfully request and stipulate to an additional 75-day stay of this action

28 pending finalization of a settlement in principle between the parties.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

In support of this Stipulation, the parties state as follows:

1. The parties have reached an agreement in principle to settle this action. The settlement, however, is subject to finalizing the terms and conditions of, and executing, a written settlement agreement, the effectiveness of which will be contingent upon the parties satisfying several conditions, including, among other things, resolving certain claims under the surety bonds issued by plaintiffs on behalf of defendant Carothers Construction and securing the release to plaintiffs of bonded contract funds from public works construction projects on which Carothers Construction was the general contractor.

2. On January 18, 2006, in order that the parties could focus their time and effort on finalizing the settlement while preserving the existing pretrial schedule (i.e., the time periods between the various pretrial deadlines and the trial date) under the Court's September 20, 2005 *Pretrial (Status) Scheduling Order* ("Scheduling Order"),[1] the parties submitted a *Stipulation and [Proposed] Order Staying Action for 75 Days Pending Finalization of Settlement* (the "Stipulation"). The Stipulation was approved and entered by the Court on January 23, 2006, and it required the parties to notify the Court if a settlement was not finalized by April 3, 2006.

3. Since the filing of the Stipulation, a draft settlement agreement has been circulated among the parties, and the parties are still in the process of finalizing the terms and conditions of the same. Assuming that the parties are successful, which should be determined in the near term, it is anticipated that the agreement will provide for a 45-day time period within which the conditions referenced in Paragraph 1 above must be satisfied.

4. In order to permit the parties to (a) finalize a written settlement agreement, and (b) determine whether the conditions to effectiveness thereunder will be satisfied, the parties believe that a second 75-day stay of this matter is appropriate.

5. The parties agree that if within the 75-day stay period any party determines that either (a) a written settlement agreement cannot be finalized, or (b) any one or more of the settlement conditions thereunder cannot be satisfied, then any party may so advise the Court and

---

[1] As modified by the *Stipulation and Order for limited Extension of Fact Discovery Deadline* entered by the Court on December 15, 2005.

-2-

submit a proposed revised Scheduling Order advancing the pretrial and trial dates contained within the current Scheduling Order by the number of days that the action has been stayed.

6. Otherwise, if the parties do not achieve a final, binding settlement within the next 75 days, or by no later than June 19, 2006,[2] then the parties will so advise the Court and submit to the Court a proposed revised Scheduling Order advancing the pretrial and trial dates contained within the current Scheduling Order by the number of days that the action has been stayed.

7. The parties do not presently anticipate seeking a further stay of this matter in the event that a final, binding settlement is not reached within the next 75 days.

8. Counsel for the parties have met and conferred in connection with the preparation of this Stipulation and agree that the stay requested herein is in the interests of justice, in the best interests of the parties, and will increase the likelihood of settlement before trial.

Based on the foregoing Stipulation, the parties respectfully request that the Court stay this action for 75 days from the date of filing this Stipulation as described above.

DATED:  April 3, 2006         SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:  s/Joel M. Long
Joel M. Long
Attorneys for Plaintiffs
American Manufacturers Mutual Insurance Company and American Motorists Insurance Company

DATED:  April 3, 2006         CASSINAT LAW CORPORATION

By:  s/Ronald L. Carello
Ronald L. Carello
Attorneys for Defendants
Carothers Construction, David L. Carothers and Terri L. Carothers

---

[2] Advanced to the first court day following the 75th day, which falls on a Saturday.

-3-

PDF created with pdfFactory trial version www.pdffactory.com

1  SIGNATURE ATTESTATION: I, Joel M. Long, counsel for plaintiffs, attest that concurrence in
2  the filing of this document has been obtained by Ronald L. Carello, Esq., counsel for defendants
   as set forth above.
3

4                                      By: s/Joel M. Long
                                           Joel M. Long
5                                          Attorneys for Plaintiffs
                                           American Manufacturers Mutual Insurance Company and
6                                          American Motorists Insurance Company

7  **IT IS SO ORDERED:**

8

9  Dated: April 12, 2006

10                                     _____
11                                     MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE
12

-4-

PDF created with pdfFactory trial version www.pdffactory.com