SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES P. DIWIK (Bar No. 164016)
JOEL M. LONG (Bar No. 226061)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiffs
American Manufacturers Mutual Insurance Company
and American Motorists Insurance Company

CASSINAT LAW CORPORATION
JOHN E. CASSINAT (Bar No. 131214)
RONALD L. CARELLO (Bar No. 179238)
4815 Laguna Park Drive, Suite C
Elk Grove, California 95758
Telephone: (916) 393-3030
Facsimile: (916) 393-4238

Attorneys for Defendants
Carothers Construction, Inc., David L. Carothers
and Terri L. Carothers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAROTHERS CONSTRUCTION, INC., et al.,<br><br>Defendants. | CASE NO. 2:05-CV-00122-MCE-GGH<br><br>**STIPULATION RE: REVISED PRETRIAL SCHEDULE AND ORDER APPROVING SAME** |

Pursuant to Local Rule 83-143, and for good cause shown below, plaintiffs American Manufacturers Mutual Insurance Company and American Motorists Insurance Company and defendants Carothers Construction, Inc. (“Carothers Construction”), David L. Carothers and Terri L. Carothers stipulate to the revised pretrial schedule set forth below and respectfully request that the Court approve the same.

In support of this Stipulation, the parties state as follows:

1. The parties previously believed that they had reached a "global" settlement that included both this action and certain tangential state court litigation involving plaintiffs and defendant Carothers Construction, Inc. As such, the parties previously requested and were granted two consecutive 75-day stays of this action for the purpose of permitting the parties to attempt to satisfy certain conditions precedent to the "global" settlement, the first by a stipulation and proposed order filed on January 18, 2006, and approved by Court order dated January 20, 2006 (Documents Nos. 21 and 22 on the Court's docket, respectively), and the second by a stipulation and proposed order filed on April 3, 2006, and approved by Court order dated April 12, 2006 (Document Nos. 23 and 24 on the Court's docket, respectively).

2. On June 19, 2006, the parties filed a joint status report and proposed revised pretrial scheduling order (Document No. 25 on the Court's Docket) (the "Joint Status Report") in which they explained that, despite diligent and good-faith efforts, they were unable to finalize the "global" settlement referenced above. Specifically, although they were able to resolve some of the tangential state court litigation, they were unable to resolve certain other matters, including this action. Thus, it was and remains necessary that this action proceed.

3. The Joint Status Report did not include an express request for the Court to approve the proposed revised pretrial schedule set forth therein, and the parties have not been notified to date as to whether the schedule has been adopted by the Court.

4. Accordingly, the parties stipulate to the updated revised pretrial schedule set forth below and respectfully request that the Court adopt the same. The structure of the schedule is largely the same as the schedule contained in the Joint Status Report, except that the dates have been advanced by approximately 45-60 days to account for the passage of time between the filing of the Joint Status Report and the filing of this Stipulation and other scheduling issues going forward.

///

///

///

**PROPOSED REVISED PRETRIAL SCHEDULE**

- Deadline to Complete Pending Fact Discovery – October 31, 2006[1]
- Deadline to Disclose Expert Witnesses – November 28, 2006 (with the deadline to serve supplemental expert witness lists 20 days thereafter)
- Deadline to Hear Dispositve Motions – February 19, 2007
- Deadline to File Joint Pretrial Statement – April 16, 2007
- Final Pretrial Conference – April 30, 2007
- Deadline to Submit Trial Exhibits – June 7, 2007
- Trial – June 14, 2007

5. The parties do not presently anticipate seeking any further modification of the pretrial schedule in this matter.

6. Counsel for the parties have met and conferred in connection with the preparation of this Stipulation and the creation of the proposed revised pretrial schedule above and believe that the schedule is in the best interest of the parties and will permit the parties to complete pending discovery, bring dispositive motions and, if necessary, bring the case to trial in a timely, orderly and efficient manner.

Based on the foregoing Stipulation, the parties respectfully request that the Court approve the proposed pretrial scheduling order above.

[1] Pending fact discovery between the parties includes plaintiffs' first request for production of documents and interrogatories to each defendant and defendants' responses thereto, defendants' first requests for production of documents and interrogatories to each plaintiff and plaintiffs' responses thereto, defendants' depositions by plaintiffs, plaintiffs' depositions by defendants, and any motion practice that may be necessary regarding any of the foregoing. Insofar as plaintiffs' responses to defendants' written discovery were not due and therefore had not been served as of the date of the initial stay of this matter, the parties agree that plaintiffs' responses shall be served no later than 30 days following the Court's approval of this Stipulation.

DATED: July 31, 2006 SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Joel M. Long
Joel M. Long
Attorneys for Plaintiffs
American Manufacturers Mutual Insurance Company and American Motorists Insurance Company

DATED: July 31, 2006 CASSINAT LAW CORPORATION

By: s/Ronald L. Carello
Ronald L. Carello
Attorneys for Defendants
Carothers Construction, David L. Carothers and Terri L. Carothers

SIGNATURE ATTESTATION: I, Joel M. Long, counsel for plaintiffs, attest that concurrence in the filing of this document has been obtained by Ronald L. Carello, Esq., counsel for defendants as set forth above.

By: s/Joel M. Long
Joel M. Long
Attorneys for Plaintiffs
American Manufacturers Mutual Insurance Company and American Motorists Insurance Company

///

///

///

///

///

///

///

///

///

**IT IS SO ORDERED:**

The Court orders the following revised pretrial schedule:

- Deadline to Complete Pending Fact Discovery – October 31, 2006
- Deadline to Disclose Expert Witnesses – November 28, 2006 (with the deadline to serve supplemental expert witness lists 20 days thereafter)
- Deadline to Hear Dispositve Motions – February 12, 2007 at 09:00 a.m.
- Deadline to File Joint Pretrial Statement – April 09, 2007
- Final Pretrial Conference – April 23, 2007 at 01:30 p.m.
- Deadline to Submit Trial Exhibits – June 6, 2007 by 03:00 p.m.
- Trial – June 13, 2007 at 09:00 a.m.

Dated: August 8, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE