1  **JOHN E. CASSINAT (SBN 131214)**
   **RONALD L. CARELLO (SBN 179238)**
2  CASSINAT LAW CORPORATION
   4815 Laguna Park Drive, Suite C
3  Elk Grove, CA 95758
   (916) 393-3030 - Office
4  (916) 393-4238 - Fax

5  Attorneys for Carothers Construction, Inc.,
   David L. Carothers, and Terri L. Carothers
6

7  **JAMES P. DIWIK (SBN 164016)**
   **JOEL M. LONG (SBN 226061)**
8  SEDGWICK, DETERT, MORAN & ARNOLD
   One Market Plaza
9  Steuart Tower, 8th Floor
   San Francisco, CA 94105
10 (415) 781-7900 - Office
   (415) 781-2635 - Fax
11
   Attorneys for American Manufacturers Mutual
12 Insurance Company and  American Motorists
   Insurance Company
13

14               **UNITED STATES DISTRICT COURT**

15     **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

16

17 AMERICAN MANUFACTURERS              CASE NO.  2:05-cv-0122-MCE-GGH
   MUTUAL INSURANCE COMPANY and
18 AMERICAN MOTORISTS INSURANCE
   COMPANY,
19
              Plaintiffs,              **STIPULATION TO MODIFY**
20                                     **DISCOVERY CUTOFF FOR SPECIFIC**
                                       **PERCIPIENT DISCOVERY ONLY**
21        v.

22 CAROTHERS CONSTRUCTION, INC.,
   DAVID L. CAROTHERS, and TERRI L.
23 CAROTHERS,

24            Defendants.
   _____/

25        Pursuant to Local Rule 83-143, in accordance with this Court's prior orders, and for good

26 cause shown below, Plaintiffs American Manufacturers Mutual Insurance Company ("American

27 Manufacturers") and American Motorists Insurance Company ("American Motorists") and

28 Defendants Carothers Construction, Inc., ("Carothers Construction") David L. Carothers and

1   Terri L. Carothers respectfully request and stipulate to a limited extension of the October 31,

2   2006 discovery cut-off to permit the parties to (1) exchange documents by no later than

3   December 6, 2006, and (2) conduct previously scheduled party depositions by no later than

4   December 20, 2006.  In addition, the parties stipulate that any party may invoke the discovery

5   dispute procedure in Local Rule 37-251 in the event that any other party fails to produce

6   documents or witnesses within the above deadlines.

7          The limited extension requested will not impact the current pretrial schedule, including

8   the June 7, 2007, trial date.

9          In support of this Stipulation, the parties state as follows:

10          1.        This Federal action generally arises out of defendants' alleged failure to reimburse

11   plaintiffs for loss and expenses incurred in connection with three public works construction

12   projects:   The Folsom Fire Station Project, the CRC Los Rios Community College Project, and

13   the ARC Los Rios Community College Project.

14          2.        There was a case pending in the Sacramento Superior Court entitled Jordan

15   Construction v. Carothers et al, Case No. 03AS01445.  This case entailed numerous

16   subcontractor claims, claims for damages by Carothers Construction, and claims for damages by

17   American Manufacturers.  After Mediation that did not result in a settlement, the parties

18   continued settlement discussions.  Subsequently, this Folsom litigation settled.  An Order to

19   Show Cause hearing is scheduled October 26, 2006, in Department 5, at 8:30 a.m.  It is

20   anticipated that the entire Folsom action will be completely dismissed pursuant to the settlement.

21          3.        There is a case pending in the Sacramento Superior Court entitled Los Rios v.

22   Carothers et al, Case No. 05AS03888 (consolidated with 05AS02375, 04AS05003, 04AM00538,

23   04AS001428, and SCV14019) 03AS01445).  This case entailed numerous subcontractor claims

24   for payments on two Los Rios Projects, the ARC and CRC schools.  The Los Rios Action was

25   recently consolidated on September 19, 2006, to bring all of the subcontractor claims, and the

26   claims of the Plaintiffs together with the Interpleader action filed by Los Rios (Case No.

27   05AS03888).  Los Rios concedes to withholding in excess of $400,000 that is the subject of the

28   Interpleader action (but not deposited with the Court).  American Motorists claims entitlement to

1   said funds.  Carothers Construction claims entitlement to said funds as well as additional contract

2   funds from Los Rios relating to these Projects.

3        4.    Within the last week, all of the parties (except for one small party subcontractor)

4   agreed to mediate the Los Rios Action.

5        5.    Mr. Carothers is scheduled to be out of the Country during the month of

6   November 2006.  It is anticipated that a mediation, depositions, and document productions, can

7   be concluded in the first three weeks in December 2006.

8        6.    Depending on the outcome of the anticipated Los Rios mediation, the entirety of

9   the litigation between the parties could be resolved, including this Federal Action.

10       7.    Originally, when the Mediation took place on the Folsom Project it was

11  anticipated that there would be a global settlement.  Since that was not possible, the parties

12  resolved the Folsom litigation separately.  Additionally, one of the subcontractor actions in the

13  Los Rios action was resolved separately.  Thus, the parties are endeavoring to resolve this dispute

14  in a piecemeal fashion.  Additional time is required to explore these avenues in order to prevent

15  the unnecessary expenditure of attorneys' fees and costs.

16       8.    Counsel have met and conferred in connection with the preparation of this

17  Stipulation and agree that the continuance requested herein is in the interest of justice, in the best

18  interest of the parties, and will increase the likelihood of settlement before trial.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Stipulation to Modify Discovery Cutoff for
Specific Percipient Discovery Only                3

1    Based on the foregoing Stipulation, the parties respectfully request that the Court permit

2  the parties to: (1) exchange documents by no later than December 6, 2006, (2) conduct previously

3  noted party depositions by no later than December 20, 2006, and (3) invoke the Court's discovery

4  dispute procedures under Local Rule 37-251 in the event that any party fails to produce

5  documents or witnesses within the foregoing deadlines.

6

7    STIPULATED AND AGREED TO BY:

8

9  Date: October _____, 2006               CASSINAT LAW CORPORATION

10

11                                          _____
                                            RONALD L. CARELLO, Attorneys for
12                                          Carothers Construction, Inc.

13  Date: October _____, 2006               SEDGWICK, DETERT, MORAN &
                                            ARNOLD, LLP
14

15

16                                          _____
                                            JOEL LONG, Attorneys for American
17                                          Manufacturers Mutual Insurance Company

18

19  **IT IS SO ORDERED:**

20
    All other previously set dates remain in full force and effect.
21
    Dated: October 31, 2006
22

23

24

25  _____
    MORRISON C. ENGLAND, JR.
26  UNITED STATES DISTRICT JUDGE

27

28