1 **JOHN E. CASSINAT (SBN 131214)**
**RONALD L. CARELLO (SBN 179238)**
2 CASSINAT LAW CORPORATION
4815 Laguna Park Drive, Suite C
3 Elk Grove, CA 95758
(916) 393-3030 - Office
4 (916) 393-4238 - Fax

5 Attorneys for Carothers Construction, Inc.,
David L. Carothers, and Terri L. Carothers
6

7 **JAMES P. DIWIK (SBN 164016)**
**JOEL M. LONG (SBN 226061)**
8 SEDGWICK, DETERT, MORAN & ARNOLD
One Market Plaza
9 Steuart Tower, 8th Floor
San Francisco, CA 94105
10 (415) 781-7900 - Office
(415) 781-2635 - Fax
11
Attorneys for American Manufacturers Mutual
12 Insurance Company and  American Motorists
Insurance Company
13

14                    **UNITED STATES DISTRICT COURT**

15       **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

16

17 AMERICAN MANUFACTURERS                    CASE NO.  2:05-CV-0122-MCE-GGH
MUTUAL INSURANCE COMPANY and
18 AMERICAN MOTORISTS INSURANCE
COMPANY,
19
              Plaintiffs,                    **STIPULATION TO MODIFY**
20                                           **DISCOVERY CUTOFF FOR**
                                             **PERCIPIENT DEPOSITIONS ONLY,**
21       v.                                  **AND TO MODIFY DISPOSITIVE**
                                             **MOTION DEADLINES**
22 CAROTHERS CONSTRUCTION, INC.,
DAVID L. CAROTHERS, and TERRI L.
23 CAROTHERS,

24              Defendants.
      _____/
25 / / /

26 / / /

27 / / /

28 / / /

                                1

1    Pursuant to Local Rule 83-143, in accordance with this Court's prior orders, and for good

2  cause shown below, Plaintiffs American Manufacturers Mutual Insurance Company ("American

3  Manufacturers") and American Motorists Insurance Company ("American Motorists") and

4  Defendants Carothers Construction, Inc., ("Carothers Construction") David L. Carothers and

5  Terri L. Carothers respectfully request and stipulate to a limited extension of the December 20,

6  2006, cut-off to permit the parties to conduct previously scheduled party depositions.

7    In addition, the parties stipulate to extend the deadlines for hearing dispositive motions in

8  this matter by 30 days from February 12, 2007, to March 14, 2007, to accommodate the

9  completion of Plaintiffs' depositions of Defendants.

10    In addition, the parties stipulate that any party may invoke the discovery dispute

11  procedure in Local Rule 37-251 in the event that any other party fails to provide discovery or

12  witnesses.

13    The limited extension will not impact the June 7, 2007, trial date.

14    In support of this Stipulation, the parties state as follows:

15    1.    Plaintiff alleges that this Federal action arises out of Defendants' alleged failure to

16  reimburse Plaintiffs for loss and expenses incurred in connection with the public works

17  construction projects: Folsom Fire Station Project, CRC Los Rios Community College Project,

18  and the ARC Los Rios Community College Project.

19    2.    There is a case pending in the Sacramento Superior Court entitled Los Rios v.

20  Carothers et al., Case No. 05AS03888 (consolidated with 05AS02375, 04AS05003,

21  04AM00538, 04AS001428, and SCV14019.  This case entails numerous subcontractor claims

22  for payment on two Los Rios Projects, the ARC and CRC schools.  The Los Rios Action was

23  consolidated on September 19, 2006, to bring all of the subcontractor claims, and the claims of

24  the Plaintiffs together with the Interpleader action filed by Los Rios (Case No. 05AS03888).  On

25  December 18, 2006, Los Rios sought a court order which was granted allowing them to

26  interplead $380,000 into the Sacramento Superior Court.  American Motorist claims entitlement

27  to said funds.  Carothers Construction claims entitlement to said funds as well as additional

28  contract funds from Los Rios relating to these Projects.

3.    On December 21, 2006, counsel for Los Rios, American (Plaintiff herein), and Carothers (Defendant) had a conference call to finalize scheduling of a mediation in the underlying State Court Los Rios matter.  The mediation is scheduled for January 31, 2007.

4.    As of the beginning of December 2006, the only discovery left to be completed in this case, other than expert witness discovery, was (1) the mutual document exchange between the parties, (2) the depositions of the Defendants by the Plaintiffs, and (3) the depositions of the Plaintiffs by the Defendants.

5.    The parties have completed the mutual document exchange.

6.    The depositions of the Plaintiffs by the Defendants were mutually agreed to take place at a later date and time.

7.    The depositions of the Carothers' defendants were scheduled for December 19, and December 20, 2006.  Unfortunately, on December 14, 2006, Counsel for Defendants, Ronald L. Carello, had to cancel the December 19, and 20, 2006, depositions due to severe workload issues that prevented counsel from being able to physically attend the depositions as noticed.

8.    Based on the January 12, 2007, deadline to file dispositive Motions and the December 20, 2006, deadline to complete party depositions, Plaintiffs are moving to compel the depositions notwithstanding Defendants willingness to reschedule them for early January 2007.

9.    Plaintiffs have filed a motion to compel in order to preserve their rights to discovery and have agreed to withdraw the motion to compel if this stipulation and order is granted.

10.    As to the assertions set forth in Paragraphs 11-17, they are provided by counsel for Defendants herein only, as Plaintiffs and their counsel do not have personal knowledge of the facts set forth.  Notwithstanding, Plaintiffs do not dispute the allegations set forth herein or the necessity for the continuances.

11.    The factual issues surrounding the cancellation of the Defendants' depositions started in early November 2006, when an associate with the Cassinat Law Corporation left his employment.  At the time there were three attorneys at the Cassinat Law Corporation, Messrs, Cassinat, Carello, and Barrad.  All of Mr. Barrad's files were transferred to Mr. Carello,

1    Carothers' attorney herein.

2         12.    In reviewing the files, there were numerous motions that needed to be filed

3    including a Motion for Summary Judgment in Sacramento Superior Court Case No. 05AS04878,

4    and two Motions for Judgments on the Pleadings in Stanislaus Superior Court Case No. 350298.

5    Prior to filing these motions, a complete review of over one year's worth of litigation on each

6    case had to be performed by Mr. Carello (i.e., all pleading files, correspondence files, and

7    evidence files).  Mr. Carello undertook that task and completed the reviews.  At present the

8    Motions for Judgment on the Pleadings have been filed, and the Motion for Summary Judgment

9    is expected to be filed next week, and is approximately 98% complete.

10        13.    Through November and early December the parties in the Stanislaus County

11   Superior Court action, Case No. 350298 coordinated a further mediation for December 28, 2006.

12   The trial is scheduled for March 6, 2007.  Although the mediation was scheduled, and Mr.

13   Carello was required to spend extensive time becoming familiar with all of the issues and

14   evidence for the mediation, on December 19, 2006, the mediation was cancelled by the opposing

15   party based on their lack of preparedness to proceed.  Trial in the Stanislaus case is scheduled for

16   March 6, 2007, and the parties have noticed depositions for January 3, 4, 5, 9, 10, and 11, 2007.

17        14.    During the review and preparation of the Motions as referenced in Paragraph 12,

18   on December 5, 2006, John Cassinat started a <u>jury</u> trial in the Sacramento Superior Court, Case

19   No. 02AS06390.  The Court indicated that it would be dark for the week of December 18-22,

20   2006, and resume after the Christmas holiday.  This would allow Mr. Carello to attend the

21   depositions in this action while Mr. Cassinat was in trial.  On December 14, 2006, Mr. Carello

22   was informed that the Judge was pushing forward with the trial.  Mr. Cassinat has been in trial

23   every working day since December 5, 2006.  The trial is expected to continue after the Christmas

24   holiday and into the New Year.

25        15.    Next, on December 14, 2006, Mr. Carello learned that he may have to attend a

26   hearing in San Joaquin County in Case No. CV025615.  Prior to December 14, 2006, Mr. Carello

27   had not worked on the case as it was assigned to Mr. Cassinat who had attended the prior

28   hearing.  Although on December 14, 2006, it was not known <u>if</u> the hearing was going to proceed,

4

as the Court has a tentative ruling system, the Motion has been hotly contested and all prior hearings had previously gone forward.  In fact, on December 19, 2006, a tentative ruling was issued requiring oral argument.  Since Mr. Carello was not versed in the procedural history and evidentiary issues of the case it required Mr. Carello to spend several hours on the evening of December 19, 2006, to prepare for the hearing.  The hearing did proceed as noticed at 9:00 a.m., on December 20, 2006, the same day as the deposition scheduled for Defendant Terri Carothers.

16.     Mr. Carello being the most senior associate at the Cassinat Law Corporation has been tracking, maintaining, and responding to all cases that would normally be handled by Mr. Cassinat.

17.     In another action pending in the United States Bankruptcy Court, Eastern District of California, Case No. 06-24535, Mr. Carello represents a creditor.  On December 11, 2006, the Bankruptcy Trustee unexpectedly filed an objection to the Debtor's case and scheduled a hearing for January 17, 2007.  In order to meet the filing deadline, a Motion to Convert / Dismiss was required to be filed and served by December 19, 2006.  That deadline was met, and at approximately 4:00 p.m., on December 19, 2006, the Motion was electronically filed after approximately 6 hours of work on December 19, 2006, alone (not counting the prior days of extensive research and work).

18.     On December 21, 2006, Messrs Long and Carello met and conferred regarding the continuances sought herein.  The parties agreed that the court should extend the deadline for filing dispositive motions so that the parties can at least conclude Plaintiffs' depositions of the Defendants.

19.     As to Defendants' (Carothers) depositions of the Plaintiffs, Defendants elected, and on or about December 12, 2006, Plaintiffs agreed to allow Defendants' to take the depositions after the December 20, 2006, deadline set by the court.  Since a mediation is scheduled in the Los Rios Matter, an underlying state court action, for January 31, 2007, Defendants anticipate taking the Plaintiffs' depositions after the mediation in order to concentrate efforts on settlement rather than litigation in order to save costs.  Defendants contend that the Los Rios Matter mediation could resolve the entire Los Rios underlying action as well as the present

5

1    Federal Action.

2        20.    Counsel have met and conferred in connection with the preparation of this

3    Stipulation and agree that the continuance requested herein is in the interest of justice, in the best

4    interest of the parties, and will increase the likelihood of settlement before trial.

5        Based on the foregoing Stipulation, the parties respectfully request that the Court permit

6    the parties to: (1) conduct previously noticed party depositions by no later than January 22, 2007,

7    (2) invoke the Court's discovery dispute procedures under Local Rule 37-251 in the event that

8    any party fails to produce witnesses within the foregoing deadlines, and (3) continue the deadline

9    for hearing dispositive motions from February 12, 2007 to March 19, 2007, along with the

10   accompanied dates for service of such motions.

11

12       STIPULATED AND AGREED TO BY:

13

14   Date: December _____, 2006          CASSINAT LAW CORPORATION

15

16                                       _____
                                         RONALD L. CARELLO, Attorneys for
17                                       Carothers Construction, Inc., David L.
                                         Carothers, and Terri L. Carothers

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    Date: December _____, 2006          SEDGWICK, DETERT, MORAN & ARNOLD,
                                         LLP
2

3                                        _____
                                         JOEL LONG / MICHAEL LUM, Attorneys
4                                        for American Manufacturers Mutual
                                         Insurance Company, and American
5                                        Motorists Insurance Company

6
     **IT IS SO ORDERED:**
7

8
     Dated: January 4, 2007
9

10

11

12                                       _____
                                         MORRISON C. ENGLAND, JR.
13                                       UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        7