1  **JOHN E. CASSINAT (SBN 131214)**
   **RONALD L. CARELLO (SBN 179238)**
2  CASSINAT LAW CORPORATION
   4815 Laguna Park Drive, Suite C
3  Elk Grove, CA 95758
   (916) 393-3030 - Office
4  (916) 393-4238 - Fax

5  Attorneys for Carothers Construction, Inc.,
   David L. Carothers, and Terri L. Carothers

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY and AMERICAN MOTORISTS INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>      v.<br><br>CAROTHERS CONSTRUCTION, INC., DAVID L. CAROTHERS, and TERRI L. CAROTHERS,<br><br>            Defendants.<br>_____/ | CASE NO.  2:05-cv-0122-MCE-GGH<br><br>**ORDER ON EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTIONS TO (1) CONTINUE TRIAL PENDING COMPLETION OF STATE COURT ACTION AND (2) EXCLUDE PLAINTIFFS' EXPERT FROM TESTIFYING AT TRIAL** |

For good cause shown the Court orders as follows:

The hearing on the DEFENDANTS' Motion to Continue Trial and Motion to Exclude Plaintiffs' Expert from Testifying at Trial (Document Nos. 100, 101, and 102) is hereby scheduled for April 30, 2007, at 9:00 a.m., in Courtroom 3.

///
///
///
///
///
///
///

1

1    Plaintiffs shall file their opposition to the Motions no later than April 19, 2007, with
2 service guaranteeing delivery by the morning of April 20, 2007.  Defendants shall file their reply
3 to the Motions no later than April 23, 2007, with service guaranteeing delivery by the morning of
4 April 24, 2007.
5    IT IS ORDERED.
6  Dated: April 20, 2007

                                                 _____
                                                 MORRISON C. ENGLAND, JR.
                                                 UNITED STATES DISTRICT JUDGE