1  **JOHN E. CASSINAT (SBN 131214)**
   **RONALD L. CARELLO (SBN 179238)**
2  CASSINAT LAW CORPORATION
   4815 Laguna Park Drive, Suite C
3  Elk Grove, CA 95758
   (916) 393-3030 - Office
4  (916) 393-4238 - Fax

5  Attorneys for Carothers Construction, Inc.,
   David L. Carothers, and Terri L. Carothers

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY and AMERICAN MOTORISTS INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> CAROTHERS CONSTRUCTION, INC., DAVID L. CAROTHERS, and TERRI L. CAROTHERS, <br><br> Defendants. <br>_____/ | CASE NO.  2:05-CV-00122-MCE-GGH <br><br> **ORDER ON EX PARTE APPLICATION TO MODIFY PRE-TRIAL DEADLINES IMPACTED BY AUGUST 8, 2007, RULING ON AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

For good cause shown the Court orders as follows:

The August 13, 2007, deadline for the following pretrial activities is continued until September 12, 2007: (1) submitting an agreed statement for reading to the jury, (2) filing Proposed Jury Instructions, (3) submitting trial exhibits to the court, (4) filing Trial Briefs, (5) filing and serving requested voir dire questions, and (6) filing verdict forms.

/ / /

/ / /

/ / /

/ / /

Ex Parte Order                                    1

1    As to the exact time for the submission of the documents to the court (for example, the
2    submission of exhibits no later than 3:00 p.m.), if applicable, or the manner (electronic or
3    otherwise) in which the documents are to be filed and/or submitted, the Court reaffirms each
4    respective aspect of the Amended Pretrial Order.
5    **IT IS SO ORDERED:**

6    Dated:  August 9, 2007

8    _____
     MORRISON C. ENGLAND, JR.
9    UNITED STATES DISTRICT JUDGE