1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES P. DIWIK (Bar No. 164016)
2  JOEL M. LONG (Bar No. 226061)
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Plaintiffs
   American Manufacturers Mutual Insurance Company
6  and American Motorists Insurance Company

7  CASSINAT LAW CORPORATION
   JOHN E. CASSINAT (Bar No. 131214)
8  RONALD L. CARELLO (Bar No. 179238)
   4815 Laguna Park Drive, Suite C
9  Elk Grove, California 95758
   Telephone: (916) 393-3030
10 Facsimile: (916) 393-4238

11 Attorneys for Defendants
   Carothers Construction, Inc., David L. Carothers
12 and Terri L. Carothers

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

17 AMERICAN MANUFACTURERS              CASE NO. 2:05-CV-00122-MCE-GGH
   MUTUAL INSURANCE COMPANY,
18 et al.,                             **STIPULATION TO RELEASE AND
                                       DISCHARGE UNDERTAKINGS OF
19          Plaintiffs,                CORPORATE SURETY;**

20     v.                              **[PROPOSED] ORDER THEREON**

21 CAROTHERS CONSTRUCTION, INC.,
   et al.,
22
            Defendants.
23

24      Pursuant to Local Rule 83-143, plaintiffs American Manufacturers Mutual Insurance

25 Company and American Motorists Insurance Company and defendants Carothers Construction,

26 Inc., David L. Carothers and Terri L. Carothers stipulate to the release and discharge of the

27 following Undertakings of Corporate Surety deposited by plaintiffs with the Clerk of Court on or

28 about January 26, 2007:

                                                          -1-      CASE NO. 2:05-CV-00122-MCE-GGH
           STIPULATION TO RELEASE AND DISCHARGE UNDERTAKINGS OF CORPORATE SURETY

1         • **Bond Number 70NGP 183974** issued on behalf of American Manufacturers
2           Mutual Insurance Company; and
3         • **Bond Number 70NGP 183975** issued on behalf of American Motorists Insurance
4           Company.

5     In support of this stipulation, the parties state as follows:

6     1.     On January 5, 2007, plaintiffs filed Applications for Right to Attach Orders and
7 Writs of Attachment with respect to specified assets of defendants.

8     2.     On January 25, 2007, in order to satisfy the requirements of California Code of
9 Civil Procedure section 489.220 (requiring a $10,000 undertaking in support of such
10 applications) and Local Rule 65.1-151(c), plaintiffs submitted two Undertakings of Corporate
11 Surety in the amount of $10,000 by overnight mail to the Clerk of Court (the "Undertakings").
12 See plaintiffs' January 25, 2007 Notice of Filing of Undertakings of Corporate Surety in Support
13 of Plaintiffs' Applications for Right to Attach Orders and Writs of Attachment.  (Document No.
14 49 on the Court's Docket).

15     3.     By Order dated September 19, 2007, the Court denied plaintiffs' Applications for
16 Right to Attach Orders and Writs of Attachment.  (Document No. 224 on the Court's Docket.)

17     4.     The purpose of undertakings such as those posted by plaintiffs is to protect parties
18 subject to attachment in the event that the attachment is determined to be wrongful once the
19 attaching party's claims are adjudicated.  See California Code of Civil Procedure section
20 489.210.

21     5.     Here, no attachment occurred, as the Court denied plaintiffs' Applications for
22 Right to Attach Orders and Writs of Attachment.  Accordingly, there is no reason for plaintiffs'
23 Undertakings to remain posted with the Court.

24     6.     Unless the Undertakings are released and discharged, plaintiffs will be required to
25 pay a renewal premium on the Undertakings in the very near term.  The Court's grant of the
26 instant stipulation will avoid this unnecessary expense.

27     Based on the foregoing, the parties respectfully request that the Court approve this
28 stipulation and direct the Clerk of Court to release and discharge the Undertakings.

| | |
|---|---|
| DATED: January 9, 2008 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |

By: <u>s/Joel M. Long</u>
    Joel M. Long
    Attorneys for Plaintiffs
    American Manufacturers Mutual Insurance Company and
    American Motorists Insurance Company

| | |
|---|---|
| DATED: January 9, 2008 | CASSINAT LAW CORPORATION |

By: <u>s/Ronald L. Carello</u>
    Ronald L. Carello
    Attorneys for Defendants
    Carothers Construction, David L. Carothers and Terri L. Carothers

SIGNATURE ATTESTATION: I, Joel M. Long, counsel for plaintiffs, attest that concurrence in the filing of this document has been obtained by Ronald L. Carello, Esq., counsel for defendants as set forth above.

By: <u>s/Joel M. Long</u>
    Joel M. Long
    Attorneys for Plaintiffs
    American Manufacturers Mutual Insurance Company and
    American Motorists Insurance Company

# ORDER GRANTING STIPULATION TO RELEASE AND DISCHARGE UNDERTAKINGS OF CORPORATE SURETY

The Court has considered the parties' January 9, 2008 Stipulation to Release and Discharge Undertakings of Corporate Surety (the "Stipulation") and orders as follows:

1. The Stipulation is granted.

2. The following Undertakings of Corporate Surety deposited by plaintiffs with the Clerk of Court on or about January 26, 2007 (the "Undertakings"), are hereby released and discharged:

- **Bond Number 70NGP 183974** issued on behalf of American Manufacturers Mutual Insurance Company; and
- **Bond Number 70NGP 183975** issued on behalf of American Motorists Insurance Company.

3. The Clerk of Court shall return forthwith the original signed and notarized Undertakings to counsel of record for plaintiffs as follows:

Joel M. Long, Esq.
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105

**IT IS SO ORDERED.**

DATED: January 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE