SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES P. DIWIK (Bar No. 164016)
james.diwik@sdma.com
JOEL M. LONG (Bar No. 226061)
joel.long@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiffs
American Manufacturers Mutual Ins. Co. and
American Motorists Ins. Co.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY; and AMERICAN MOTORISTS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CAROTHERS CONSTRUCTION, INC.; DAVID L. CAROTHERS; and TERRI L. CAROTHERS,<br><br>Defendants. | CASE NO. 2:05-cv-00122<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO ENTER JUDGMENT** |

Presently before the Court is Plaintiffs' February 11, 2010 Ex Parte Application to Enter Judgment. That Application, filed by Plaintiffs American Manufacturers Mutual Insurance Company and American Motorists Insurance Company, includes evidence of default by Defendants Carothers Construction, Inc., David L. Carothers and Terri L. Carothers under the terms of the parties' August 4, 2008 settlement on the record before this Court. Having considered Plaintiffs' Application and the supporting evidence, as well as the fact that Defendants have failed to oppose the Application, and good cause appearing therefor, the Court orders as follows:

///

///

1.	Plaintiffs' February 11, 2010 ex parte application to enter judgment is granted.

2.	The form of judgment submitted by plaintiffs with the February 11, 2010 ex parte application shall be entered concurrently with the entry of this Order.

3.	The Court shall retain jurisdiction over this action for the purpose of any future motions by plaintiffs to recover attorney's fees and costs incurred in enforcing the judgment pursuant to the August 4, 2008 settlement on the record.  Any award of such fees and costs shall become a separate joint and several judgment in favor of plaintiffs and against defendants.

IT IS SO ORDERED.

DATED: February 24, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE