1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   AMERICAN MANUFACTURERS                    CASE NO. 2:05-cv-00122-MCE-GGH
     MUTUAL INSURANCE COMPANY, et
12   al.,

13           Plaintiffs,

14       v.                                    **JUDGMENT**

15   CAROTHERS CONSTRUCTION, INC.,
     et al.,
16
             Defendants.
17

18       The Court, having considered the Ex Parte Application to Enter Judgment filed on

19   February 11, 2010, hereby ORDERS, ADJUDGES and DECREES as follows:

20       1.      Judgment is entered in favor of plaintiffs American Manufacturers Mutual

21   Insurance Company and American Motorists Insurance Company against defendants Carothers

22   Construction, Inc., David L. Carothers and Terri L. Carothers, jointly and severally, in the amount

23   of $679,332.49.

24       2.      This Judgment shall bear interest at the rate of ten percent (10%) per annum from

25   the date of entry until satisfied in whole.

26   ///

27   ///

28   ///

3.     Plaintiffs shall be entitled to recover all attorney's fees and costs incurred in seeking entry of and enforcing this Judgment by way of a separate judgment against defendants, jointly and severally, pursuant to the August 4, 2008 settlement on the record before the Court in this action.

Dated:  February 24, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE