1  SEDGWICK LLP
   JAMES P. DIWIK (Bar No. 164016)
2  james.diwik@sedgwicklaw.com
   JOEL M. LONG (Bar No. 226061)
3  joel.long@sedgwiclaw.com
   333 Bush Street, 30th Floor
4  San Francisco, California 94104
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Plaintiffs/Judgment Creditors
   American Manu. Mut. Ins. Co. (in Liquidation)
7  and American Motorists Ins. Co. (in Liquidation)

8

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11  AMERICAN MANUFACTURERS            CASE NO. 2:05-cv-00122 MCE KJN
    MUTUAL INSURANCE COMPANY;
12  and AMERICAN MOTORISTS            **ORDER FOR APPEARANCE AND**
    INSURANCE COMPANY,                **EXAMINATION OF JUDGMENT**
13                                    **DEBTOR TERRI L. CAROTHERS**
              Plaintiffs/Judgment Creditors,
14
         v.
15
    CAROTHERS CONSTRUCTION, INC.;
16  DAVID L. CAROTHERS; and TERRI L.
    CAROTHERS,
17
              Defendants/Judgment Debtors.
18

19       Presently before the court is the ex parte application for order requiring examination of

20  defendant/judgment debtor Terri L. Carothers filed by plaintiffs/judgment creditors American

21  Manufacturers Mutual Insurance Company and American Motorists Insurance Company

22  (collectively, the "Judgment Creditors").[1]

23       Having concluded that the Judgment Creditors' application makes the showing required

24  by Rule 69(a)(2) of the Federal Rules of Civil Procedure and California Code of Civil Procedure

25  section 708.110, the court orders as follows:

26  ----
    [1] This matter proceeds before the undersigned pursuant to Eastern District of California Local
27  Rule 302(c)(11) and 28 U.S.C. section 636(b)(1).

28
    SF/2925328v1                         -1-                    CASE NO. 2:05-cv-00122 MCE KJN
        ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR TERRI L.
                                      CAROTHERS

1   Terri L. Carothers shall personally appear on Tuesday, October 16, 2012, at 9:00 a.m., in
2 Courtroom 25 of the United States District Courthouse, located at **501 "I" Street, Sacramento,**
3 **California, 95814**, to answer questions to aid in enforcement of the Judgment Creditors'
4 judgment against her.

6   **<u>NOTICE TO JUDGMENT DEBTOR</u>**

7   **IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED
8 IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND
9 PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY
10 MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE
11 ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN
12 THIS PROCEEDING.[2]**

13   **IT IS SO ORDERED.**

14 **Date: 9/18/2012**

16   _____
   KENDALL J. NEWMAN
17   UNITED STATES MAGISTRATE JUDGE

---

27   [2] <u>See</u> Cal. Civ. Proc. Code section 708.110(e).

SF/2925328v1                                    -2-                        CASE NO. 2:05-cv-00122 MCE KJN
ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR TERRI L.
CAROTHERS