SEDGWICK LLP
JAMES P. DIWIK (Bar No. 164016)
james.diwik@sedgwicklaw.com
JOEL M. LONG (Bar No. 226061)
joel.long@sedgwiclaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiffs/Judgment Creditors
American Manu. Mut. Ins. Co. (in Liquidation)
and American Motorists Ins. Co. (in Liquidation)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY; and AMERICAN MOTORISTS INSURANCE COMPANY,<br><br>Plaintiffs/Judgment Creditors,<br><br>v.<br><br>CAROTHERS CONSTRUCTION, INC.; DAVID L. CAROTHERS; and TERRI L. CAROTHERS,<br><br>Defendants/Judgment Debtors. | CASE NO. 2:05-cv-00122 MCE KJN<br><br>**ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR TERRI L. CAROTHERS** |

Presently before the court is the ex parte application for order requiring examination of defendant/judgment debtor Terri L. Carothers filed by plaintiffs/judgment creditors American Manufacturers Mutual Insurance Company and American Motorists Insurance Company (collectively, the "Judgment Creditors").[1]

Having concluded that the Judgment Creditors' application makes the showing required by Rule 69(a)(2) of the Federal Rules of Civil Procedure and California Code of Civil Procedure section 708.110, the court orders as follows:

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(11) and 28 U.S.C. section 636(b)(1).

1      Terri L. Carothers shall personally appear on Tuesday, October 16, 2012, at 9:00 a.m., in
2 Courtroom 25 of the United States District Courthouse, located at **501 "I" Street, Sacramento,**
3 **California, 95814**, to answer questions to aid in enforcement of the Judgment Creditors'
4 judgment against her.

6                   **NOTICE TO JUDGMENT DEBTOR**

7     **IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED**
8 **IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND**
9 **PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY**
10 **MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE**
11 **ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN**
12 **THIS PROCEEDING.**[2]

13      **IT IS SO ORDERED.**

14 **Date: 9/18/2012**

16                                 _____
                                KENDALL J. NEWMAN
17                                 UNITED STATES MAGISTRATE JUDGE

---

27    [2] <u>See</u> Cal. Civ. Proc. Code section 708.110(e).